**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 888 |
| | : | |
| APPOINTMENT TO THE CONTINUING | : | SUPREME COURT RULES |
| LEGAL EDUCATION BOARD | : | DOCKET |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2021, Ana Paulina Gomez, Esquire, Dauphin County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2022.